Reuben D. Nathan, Esq.. (SBN 208436)
AZIMY & NATHAN, LLP
18500 Von Karman Ave., Suite 500
Irvine, California 92612
Phone: (949) 486-1888
Fax:     (949) 486-1889
Email: r.n@azimynathan.com
          e.a@azimynathan.com

Attorneys of Record for Plaintiff, Joseph Abdullah

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ABDULLAH,<br><br>              Plaintiff,<br><br>      v.<br><br>FRANCIS PIO CAMMAROTA and Does 1 through 10, inclusive.<br><br><br>              Defendants. | Case No.: 2:06-CV-00903 WBS DAD<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 (a) or (c) AND ORDER THEREON** |

- 1 -

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE**

**RULE 41(a) OR (c) AND ORDER THEREON**

PLEASE TAKE NOTICE THAT Plaintiff, Joseph Abdullah, dismisses Defendant, Francis Pio Cammarota, without prejudice, each party to bear its own attorneys' fees and costs.

DATED: July 10, 2006                                **AZIMY & NATHAN, LLP**

BY: <u>/s/ Reuben D. Nathan, Esq.</u>
Reuben D. Nathan, Esq.
Attorney for Plaintiff, Joseph Abdullah

# ORDER

Defendant, Francis Pio Cammarota is dismissed, without prejudice, each party to bear its own attorneys' fees and costs.

Dated: July 17, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 2 -

NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE

RULE 41(a) OR (c) AND ORDER THEREON