Reuben D. Nathan, Esq. (SBN 208436)
AZIMY & NATHAN, LLP
18500 Von Karman Avenue, Suite 500
Irvine, California 92612
Tel: (949) 486-1888
Fax: (949) 486-1889
Email: r.n@azimynathan.com
       e.a@azimynathan.com

Attorneys for Plaintiff, JOSEPH ABDULLAH

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ABDULLAH,<br><br>                    Plaintiff(s),<br>       vs.<br><br>JOHN ROBERT ROCCANOVA; JAMES VINCENT ROCCANOVA and Does 1 through 10, inclusive.<br><br>                    Defendant(s). | Case No.: 2:06-CV-00903-WBS DAD<br><br>**DECLARATION OF REUBEN D. NATHAN IN SUPPORT OF PLAINTIFF'S REQUEST TO CONTINUE THE SCHEDULING CONFERENCE AS A RESULT OF RECENT FILING OF THE FIRST AMENDED COMPLAINT AND ORDER** |

DECLARATION OF REUBEN D. NATHAN

I, Reuben D. Nathan declare as follows:

1.   I am an attorney licensed to practice law in all of the courts in the State of California, Central District of California, Eastern District of California and Northern District of California.  Azimy & Nathan, LLP are the attorneys of record for Plaintiff, Joseph Abdullah (hereinafter referred to as "Plaintiff") in the case entitled <u>Abdullah v. John Robert Roccanova, et al.</u>

**DECLARATION OF REUBEN D. NATHAN IN SUPPORT OF PLAINTIFF'S REQUEST TO CONTINUE THE SCHEDULING CONFERENCE AS A RESULT OF RECENT FILING OF THE FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER**

2. That on July 10, 2006, Plaintiff filed Notice of Dismissal of Defendant Francis Pio Cammarota, the individual that was believed to be the property owner of the Facility that is the subject of this lawsuit. On July 11, 2006, Plaintiff filed a First Amended Complaint against John Robert Roccanova and James Vincent Roccanova, the current owners of the property in question, alleging violations of the Americans with Disabilities Act, the Unruh Civil Rights Act, Negligence and California Health and Safety Code §19955, et seq.

8. Plaintiff respectfully requests that the scheduling conference, currently set to be heard on July 31, 2006 at 9:00 a.m. before the Honorable William B. Shubb be continued for a period of sixty (60) days to allow Plaintiff time to serve Defendants, John Robert Roccanova and James Vincent Roccanova with the Summons and First Amended Complaint.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Irvine, California on July 11, 2006          /s/ Reuben D. Nathan, Esq.

                                                          Reuben D. Nathan, Declarant

**ORDER**

Pursuant to the Declaration of Plaintiff's counsel and finding good cause therefore, it is hereby ordered that the scheduling conference set to be heard on July 31, 2006 is continued to September 25, 2006 at 9:00 a.m..

IT IS SO ORDERED:

Dated: July 17, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**DECLARATION OF REUBEN D. NATHAN IN SUPPORT OF PLAINTIFF'S REQUEST TO CONTINUE THE SCHEDULING CONFERENCE AS A RESULT OF RECENT FILING OF THE FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER**