```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA

                           ----oo0oo----

JOSEPH ABDULLAH,

          Plaintiff              NO. CIV. S-06-903 WBS DAD

v.

FRANCIS PIO CAMMAROTA                         ORDER
and Does 1 through 10,
inclusive,

          Defendants.

                           ----oo0oo----
```

Defendants James Vincent Roccanova and John Robert Roccanova are proceeding pro se in this matter.  Therefore, in accordance with Local Rule 72-302(c)(21), this case is hereby referred to the assigned magistrate judge, DALE A. DROZD, for all further proceedings consistent with the provisions of the rule.

Accordingly, all currently scheduled dates in the above-captioned matter are VACATED.

IT IS SO ORDERED.

DATED:  August 28, 2006

                               _____
                               WILLIAM B. SHUBB
                               UNITED STATES DISTRICT JUDGE