IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH ABDULLAH,                              No. CIV.S-06-0903 WBS DAD PS

      Plaintiff,

  v.                                          ORDER

FRANCIS PIO CAMMAROTA, et al.,

      Defendants.
_____/

      The parties have informed the court that they have settled the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than thirty (30) days from the effective date of this order.

      All hearing dates heretofore set in this matter are hereby **VACATED**.

/////

/////

/////

1

1   <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>
2   <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>
3   <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>
4   IT IS SO ORDERED.
5   DATED: October 10, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
DDad1\orders.prose\abdullah0903.dispodocs

2