```
1  Reuben D. Nathan, Esq. (SBN #208436)
   AZIMY & NATHAN, LLP
2  18500 Von Karman Ave., Suite 500
   Irvine, California 92612
3  Phone:  (949) 486-1888
   Fax: (949) 486-1889
4  Email: r.n@azimynathan.com
          e.a@azimynathan.com
5
6
7  Attorneys of Record for Plaintiff,
   JOSEPH ABDULLAH
8
9
10                    UNITED STATES DISTRICT COURT
11                    EASTERN DISTRICT OF CALIFORNIA
12
```

| | |
|---|---|
| JOSEPH ABDULLAH,<br><br>Plaintiff,<br><br>v.<br><br>JOHN ROBERT ROCCANOVA;<br>JAMES VINCENT ROCCANOVA and<br>Does 1 through 10, inclusive.<br><br>Defendants. | Case No.: 2:06-CV-00903 WBS DAD<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO DISMISS PLAINTIFF'S COMPLAINT AND DEFENDANTS' COUNTERCLAIM**<br><br>**F.R.Civ.P. 41 (a)(1)** |

-1-

**STIPULATION AND [PROPOSED] ORDER TO DISMISS PLAINTIFF'S COMPLAINT AND DEFENDANTS' COUNTERCLAIM**

1  Pursuant to F.R.Civ.P. 41 (a)(1), Plaintiff Joseph Abdullah and Defendants,
2  John Robert Roccanova and James Vincent Roccanova, through their attorneys
3  undersigned, stipulate and agree that the above-captioned matter may be dismissed
4  as to all claims, including counter claims and all defendants, with prejudice, each
5  party to bear his own attorneys' fees and costs.
6
7  DATED: October 19, 2006                    **AZIMY & NATHAN, LLP**
8
9
10                                            By: /s/ Reuben D. Nathan, Esq.
                                                  Reuben D. Nathan, Esq.
11                                                Attorneys for Plaintiff,
12                                                Joseph Abdullah
13
14  DATED: October 18, 2006                   **JOHN ROBERT ROCCANOVA**
                                              **JAMES VINCENT ROCCANOVA**
15
16
17           By:  /s/ John Robert Roccanova as authorized on October 18, 2006
                                                  John Robert Roccanova, Esq., Pro Se
18                                                and for James Vincent Roccanova
19
20
21
22
23
24
25
26
27
28

# ORDER

Pursuant to the stipulation of the parties,

**IT IS ORDERED** that the above-captioned matter is dismissed as to all claims, including counter-claims and all defendants, with prejudice, each party to bear his own attorneys' fees and costs.

Dated:  November 20, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION AND [PROPOSED] ORDER TO DISMISS PLAINTIFF'S COMPLAINT AND DEFENDANTS' COUNTERCLAIM**